UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60571-CIV-COHN

PORT EVERGLADES LAUNCH SERVICE, INC.,
d/b/a CAPE ANN TOWING & SALVAGE,

Magistrate Judge Seltzer

    Plaintiff,

vs.

M/Y "SITUATIONS," its engines, tender,
tackle, equipment, furnishings, and
appurtenances, *in rem*, and SITUATIONS OF
NORTH CAROLINA, LLC, its owner, *in personam*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court upon the conclusion of the bench trial and the Court's Findings of Fact and Conclusions of Law.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Port Everglades Launch Service, Inc., d/b/a Cape Ann Towing & Salvage, and against Defendants M/Y SITUATIONS, *in rem*, and Situations of North Carolina, LLC, its owner, *in personam*, joint and several liability, and Plaintiff shall recover $27,451.46, plus $1,574.13 in prejudgment interest, plus interest thereon at the rate of 0.26% per annum from the date of this Final Judgment, for which let execution issue;

2. The Clerk may **CLOSE** this case.

3. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of March, 2011.

_____
JAMES I. COHN
United States District Judge

copies to:
counsel of record on CM/ECF